IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 11-cv-02192-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 1, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                                    *Counsel:*

MARJORIE A. KESSLING, and                  *Pro se* (no appearance)
TRENTON H. PARKER,                              *Pro se*

    Plaintiffs,

v.

BRUCE T. BARKER, in his individual and            Mark Ratner
official capacity,
STEPHANIE L. ARRIES, in her individual
and official capacity,
BETHANY SALZMAN, in her individual and
official capacity,
GARY SCHWARTZ, in his individual and
official capacity,
NICK MAEGHER, individually,
JOHN COOK, in his individual and official
capacity, and
THE WELD COUNTY COMMISSIONERS,
individually and in their official capacities,

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  STATUS CONFERENCE**
**Court in Session:     10:14 a.m.**
Court calls case.  Appearances of counsel.  Pro se Plaintiff Marjorie Kessling fails to appear.

Discussion between the Court and counsel regarding Defendants Barker, Arries, Salzman, Schwartz, Cook and "The Weld County Commissioners" Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1) [Doc. No. 3]; Defendants Barker, Arries, Salzman, Schwartz, Cook

and the Weld County Commissioners' Motion to Stay Proceedings Pending Determination of Entitlement to Absolute and Qualified Immunity [Doc. No. 6]; and Plaintiffs' Late Answer and Motion to Amend Original Complaint for Cause [Doc. No. 9].

**ORDERED:** Plaintiffs shall submit a proposed amended complaint to the Court on or before **December 9, 2011.**

**ORDERED:** Defendants Barker, Arries, Salzman, Schwartz, Cook and the Weld County Commissioners' Motion to Stay Proceedings Pending Determination of Entitlement to Absolute and Qualified Immunity [Doc. No. 6] is DENIED WITHOUT PREJUDICE.

The Court will issue an Order to Show Cause why Ms. Kessling should not be sanctioned for failure to appear for the hearing today. If Ms. Kessling files a proposed amended complaint on or before December 9, 2011, the Order to Show Cause will be discharged.

Hearing Concluded.
**Court in recess:** 10:29 a.m.
Total time in court: 00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.