**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02192-REB-CBS

TRENTON H. PARKER,

    Plaintiff,

v.

BETHANY SALZMAN, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY,
GARY SCHWARTZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the order adopting recommendation of United States Magistrate Judge, [65] of Judge Robert E. Blackburn entered on 7/17/2014 it is ORDERED that **JUDGMENT SHALL ENTER** in favor of the defendants, Bruce T. Barker, Stephanie L. Arries, Bethany Salzman, Gary Schwartz, Nick Maegher, John Cook, and The Weld County Commissioners, against the plaintiff, Trenton H. Parker.

    The defendant is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 18th day of July, 2014.

                                                 FOR THE COURT:
                                                 JEFFREY P. COLWELL, CLERK

By:  s/  T.Lee

T.Lee
Deputy Clerk